December 23, 2015
3 pm ...

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 DEC 28 AM 11:29



KEITH E. HOTTLE, CLERK

Honorable Fourth Court of Appeals

Re: No. 04-08-00655-CR, Nov. 19, 2015 Court order directing the Fourth Court of Appeals Clerk Administration to return All of the original documents received by this court on Nov 5, 2015 (was Never followed.)

Jurists of the court, On or About Nov. 05-2015, I specifically mailed Writ of Appeal error brief and 11.07 Application With several-Fraud-Appeal and trial court Records Attachments that were never inspected or recognized, due to this questionable Nov 19, 2015 court - 04-08-00655 - bias dismissals.

Pursuant to Appellant's request, seeked return of All of the original documents received by this Court on Nov 05, 2015.

Texas Offender and Appellant, Pro SC, in the Above case has yet to receive said intentionally lost documents.

Texas offender has made verbal-contact with a Appeal Clerk, Luz, who insists that All my documents were forwarded by U.S. mail to the Segovia unit mail-room which was never received. Offender Gutierrez seriously questions what happen to all his documents that would have exonerated said Appellant, who has been unlawful imprisoned for a period of 97 mos due to verified →

CON'T:     8TH AND 14TH ZNJURIES

CITY MAGISTRATE, STATE COURT, APPEAL COURT OFFICIAL
Corruption and WANTON Negligence Court Proceedings.
Please, Z AM respectfully ASKing that
All my submitted Fourth Court of Appeals NOV 05-
2015 be Located before Filing a warranted TEXAS
Supreme Court — Sec. 37.09(a)(1) — Complaint.
Z am daily under extreme stress due
unexplainable Mental torment and Chaos within
the f.d.c.j Prison that Could have been AVOIDED had
the Fourth Court of Appeals Administration Promptly
investigated said bexar County 290th Court Mis-
Carriage of Justice Complaints that would have "shock"—
the Conscience of a unbias reasonable State Court of
Law Jurists. Z will continue to Search for my State
court Records and fight this heinous heinous State of
texas Court Administration injustice and (8TH); (14th);
injuries that were intentionally provoked by a former
known Corrupt high-ranking bexar Court (DA) official
that will be Soon under federal — 18-871-8942 —
investigation.

Respectfully Submitted,                    CC: file Attachment
Texas Neon offender                        w/ 18-871-8942
X                                          federal Complaint
# 1523604, Cellbox F1-46                   ZNJURY 00 0

UNSWORN DECLARATION

~ 28 § 1746 ~

I am texas offender, Jose Alberto Gutierrez, t.d.c.j# 1523604, presently unlawfully imprisoned at the Seguin Unit, Hidalgo County, Texas, and assert that all enclosed statements are true and correct under the penalty of perjury.

Executed on the 23rd day of December 2015.

X _Jose Gutierrez_
Texas offender
#1523604
MR. Gutierrez


(X) Appeal Court Notation:

(Prose) Appellant seeks unlimited 14 days respond from the above drief time before proceeding to State of Texas Supreme Court clerk's Complaint.

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Unit mail Clerk: (Re: Lost Legal mail Inquiry) 12/01/15

Question: On or about 11/24/15 @ 2pm, I was given Legal mail, a white envelope from the fourth Court of Appeals. I only received a court order dated Nov 19, 2015. Apparently the fourth Court of Appeal Clerk Carmen De Leon (210) 335-2635 ext 53262 Asserts She mailed a yellow writ envelope with All my Court Records.

I have never received any yellow writ envelope from the fourth Court of Appeals with All my Court Records Needed to pursue Texas Criminal Court of Appeal relief. CC: Court of APPeals, SATX

Name: Jose A Gutierrez    No: 1523604    Unit: Segovia

Living Quarters: F1-46    Work Assignment: MEDSQ II

**DISPOSITION:** (Inmate will not write in this space) 12-2-15

☆ I-60 (Rev. 11-90)

MailRM
MS Ramirez

If we have not called to you TO mailRM. Then you have not Received No Legal letter. as of Today.

® Never Received NOV 19, 2015 Court order documents!

Call Bexar County Clerks Office And Ask if My 11.07 habeas Application was filed with the 186th district court. I mailed on 11/03/15 to the fourth court of appeals and have Not received Any filed stamp Response.

Case # 2008-CR-1186

R→ letter Dec. 2, 15

Thank you

(210) 335-2113
(-04-08-00655-cr)
Called on 12/21/15
@ 12 PM ⊙⊙⊙ To The

Bexar County Clerks office, Nothing was filed or return to offender his court order on Nov 19, 2015, fourth court of Appeal Administration -

Mr. Jose A. Gutierrez, Leiif-4523604

#1573604 Segovia prison

1201 FM Cibolo Rd

Edinburg, Texas 78542

MCALLEN TX 785

24 DEC 2015 PM 2 L

Fourth Court of Appeals

Administration

300 Dolorosa, Ste 3200

San Antonio, Texas

78905-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 DEC 28 AM 11:29

KEITH E. HOTTLE, CLERK

7020538008 0011